BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
SILVER STREAMS LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SILVER STREAMS LTD.,

        Plaintiff,

  -against-

ONTO SHIPPING INTERNATIONAL INC.,

        Defendant.
------------------------------------------------------------X

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, SILVER STREAMS LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
      April 11, 2008

                                  BROWN GAVALAS & FROMM LLP
                                  Attorneys for Plaintiff
                                  SILVER STREAMS LTD.

                By: _____
                         Peter Skoufalos (PS-0105)
                         355 Lexington Avenue
                         New York, New York 10017
                         212-983-8500