```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SILVER STREAMS LTD.,

                Plaintiff,

        - against -                          08 Civ. 3554 (JES)
                                             ORDER
ONTO SHIPPING INT'L, INC.,

                Defendant.
------------------------------------------X
```

The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

**ORDERED** that the Pre-Trial Conference previously scheduled for July 31, 2008 shall be and hereby is adjourned until August 12, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
          July 28, 2008

                                            _____
                                                  John E. Sprizzo
                                            United States District Judge