SPRIZZO, J

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
SILVER STREAMS LTD.
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SILVER STREAMS LTD.,                                        08 Civ. 3554 (JES)

        Plaintiff,                           **NOTICE OF VOLUNTARY**
                                             **DISMISSAL PURSUANT TO**
    -against-                                **FED. R. CIV. P. 41(a)(1)(A)(i)**

ONTO SHIPPING INTERNATIONAL INC.,

        Defendant.
-----------------------------------------------------------X

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, SILVER STREAMS LTD., hereby dismisses this action without prejudice and without costs to either party.

Dated:  New York, New York
           July 3, 2008

                                    BROWN GAVALAS & FROMM LLP
                                    Attorneys for Plaintiff
                                    SILVER STREAMS LTD.

                    By:  _____
                            Peter Skoufalos (PS-0105)
                            355 Lexington Avenue
                            New York, New York 10017
                            Tel: (212) 983-8500
                            Fax: (212) 983-5946

**SO ORDERED:**

_____
U.S.D.J.